UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

In re

                                          Chapter 7

BRIJ JHINGEN AND SHIPRA JHINGEN           Case No.  8-17-76970-REG

                    Debtors.

----------------------------------------------------------------X

## AFFIRMATION PURSUANT TO LOCAL RULE 1009-1(a)

STATE OF NEW YORK}
COUNTY OF NASSAU } SS.:

        ROY J. LESTER, an attorney duly admitted to practice before this court, affirms the following under the penalty of perjury:

        1. That I am the attorney for BRIJ AND SHIPRA JHINGEN and as such am fully familiar with the facts and circumstances that surround this case.

        2. That on November 13, 2017 BRIJ AND SHIPRA JHINGEN filed a Chapter 7 petition. That the 341 hearing was scheduled for December 20, 2017, and the date to object to discharge is February 20, 2018.

        3. Filed herewith is an amendment to Schedules B and F filed herein. (See Exhibit "A")

        4. Annexed hereto is a listing setting forth the specific deletion to Schedule B, wherein debtor inadvertently listed a business he believed to have had an interest in but actually does not. The schedule needs to be amended to include this asset:

### FROM:

19.   Non-publicly traded stock and interests in incorporated and unincorporated business, including an interest in an LLC, partnership and joint venture

| NAME OF ENTITY | % OF OWNERSHIP | |
|---|---|---|
| Goldman Executive Limousine LLC | 50% Owner | $15.00 |
| Owns bank acct at Chase which has $15 in it | | |
| As of 10/24/17 | | |

### TO:

19.   Non-publicly traded stock and interests in incorporated and unincorporated business, including an interest in an LLC, partnership and joint venture

NONE

        5. Annexed hereto is a listing setting forth the specific corrections to Schedule E/F to includ an additional debt owed to NYS Dept of Tax & Finance, and to correct the type of debt and amount for PTRC Inc. which debtors inadvertently listed incorrectly in their schedules. The nature of the change is to update these creditors:

| NYS DEPT OF TAX & FINANCE | STATE TAX FOR | $7156.59 |
|---|---|---|
| BANKRUPTCY UNIT-TCD | YELLOW CAB | |
| BLDG 8, ROOM 455 | | |
| WA HARRIMAN STATE CAMPUS | | |
| ALBANY, NY 12227 | | |

PTRC INC.                    UNSEC JUDGMENT        $1828.28
C/O STERN AND STERN
3002 MERRICK ROAD
BELLMORE, NY 11710

    6.  Annexed hereto is a listing setting forth the specific addition to Schedule E/F to include another debt which debtors inadvertently left off their schedules.  The nature of the change is to add the creditor listed below.

AMERICAN EXPRESS              CREDIT CARD           $345.67
C/O BECKET & LEE LLP
PO BOX 3001
MALVERN, PA 19355

    7.  An amended mailing matrix is annexed hereto to add this creditor.

    WHEREFORE, applicants pray the allowing of the filing of the amended schedule.

Dated:  January 19, 2018
    Garden City, New York

                  s/ Roy J. Lester

                  ROY J. LESTER
                  LESTER & ASSOCIATES, P.C.
                  600 Old Country Road, Suite 229
                  Garden City, New York  11530
                  (516) 357-9191

NYS DEPT OF TAX & FINANCE
BANKRUPTCY UNIT-TCD
BLDG 8, ROOM 455
WA HARRIMAN STATE CAMPUS
ALBANY, NY 12227

PTRC INC.
C/O STERN AND STERN
3002 MERRICK ROAD
BELLMORE, NY 11710

AMERICAN EXPRESS
C/O BECKET & LEE LLP
PO BOX 3001
MALVERN, PA 19355

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re

                                            Chapter 7

BRIJ JHINGEN AND SHIPRA JHINGEN          Case No.  8-17-76970-REG

                        Debtors.
-------------------------------------------------------------X
                        AFFIDAVIT OF SERVICE
STATE OF NEW YORK)
                 ) SS.:
COUNTY OF NASSAU )

        I, KRISTA COLALILLO, being duly sworn, depose and say:

        1. That I am not a party to the action, and I am over eighteen years of age and reside in
Oceanside, New York.

        2. That on the 19th day of January, 2018, I served a copy of an AFFIRMATION
PURSUANT TO LOCAL RULE 1009-1(A) by depositing a true copy thereof in an official
depository of the United States Postal Service contained in a securely closed post-paid envelope
directed to the following person by First Class Mail at the address designated below which is the
last known address of the addressee and enclosed in- an envelope containing name and return
address of the party effecting service to:

Marc A. Pergament, Esq.                    Office of the United States Trustee
Chapter 7 Trustee                          LI Federal Courthouse
Weinberg, Gross & Pergament, LLP           560 Federal Plaza, Room 563
400 Garden City Plaza, Suite 403           Central Islip, NY  11722-4456
Garden City, New York 11530

NYS Dept of Tax & Finance                  American Express
Bankruptcy Unit – TCD                      c/o Becket & Lee LLP
Bldg 8, Rm 455, WA Harriman State Campus   PO Box 3001
Albany, NY 12227                           Malvern, PA 19355

PTRC, Inc.
c/o Stern and Stern                            s/ Krista Colalillo
3002 Merrick Road
Bellmore, NY 11710                         KRISTA COLALILLO

Sworn to before me this
19th day of January, 2018

s/ Roy J. Lester

Notary Public

ROY J. LESTER
Notary Public State Of New York
No.02-4941129
Qualified In Nassau County
Commission Expires September 30, 20 21

EXHIBIT "A"

**Fill in this information to identify your case and this filing:**

| Debtor 1 | Brij Jhingen | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Shipra Jhingen | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number    8-17-76970

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**14 Central Avenue**
Street address, if available, or other description

**New Hyde Park       NY       11040-0000**
City                            State            ZIP Code

**Nassau**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $650,000.00 | $650,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Tenants in Entirety**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>

$650,000.00

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | Brij Jhingen | | |
|---|---|---|---|
| Debtor 2 | Shipra Jhingen | Case number (if known) | 8-17-76970 |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: Toyota | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. |
|---|---|---|---|

Model: Rav4
Year: 2015
Approximate mileage:
Other information:

Co-Leaser is Sherry Devi
Daughter on title of this car by herself, but lease in daughter and Shipra's name.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| Unknown | Unknown |

| 3.2 | Make: Toyota |
|---|---|

Model: Avalon
Year: 2006
Approximate mileage: 165K
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,190.00 | $3,190.00 |

| 3.3 | Make: Toyota |
|---|---|

Model: Camry
Year: 2015
Approximate mileage: 165K
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $6,003.00 | $6,003.00 |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here................................................................=>

$9,193.00

**Part 3:  Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
Examples: Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Furniture - Debtor's Residence | $1,000.00 |
|---|---|

| Debtor 1 | Brij Jhingen | | |
|---|---|---|---|
| Debtor 2 | Shipra Jhingen | | Case number *(if known)* 8-17-76970 |

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes. Describe.....

| | |
|---|---|
| Electronics - Debtor's Residence | $500.00 |

### 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes. Describe.....

### 9. Equipment for sports and hobbies
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No

☐ Yes. Describe.....

### 10. Firearms
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes. Describe.....

### 11. Clothes
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

| | |
|---|---|
| Clothing -Debtor's Residence | $500.00 |

### 12. Jewelry
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes. Describe.....

| | |
|---|---|
| Wedding Ring - Debtor's Residence | $200.00 |
| Various Jewerly - Debtor's Residence | $1,200.00 |

### 13. Non-farm animals
*Examples:* Dogs, cats, birds, horses

☐ No

■ Yes. Describe.....

| | |
|---|---|
| 1 Cat - Debtor's Residence | $0.00 |

### 14. Any other personal and household items you did not already list, including any health aids you did not list

■ No

☐ Yes. Give specific information.....

### 15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

$3,400.00

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Official Form 106A/B                    Schedule A/B: Property

| Debtor 1 | **Brij Jhingen** | | |
|---|---|---|---|
| Debtor 2 | **Shipra Jhingen** | Case number *(if known)* | **8-17-76970** |

portion you own?
Do not deduct secured
claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.........................................................................................................

Cash -
Debtor's
Residence                  $25.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................                                 Institution name:

| | 17.1. | Checking | Chase - Acct # ending 5658 | $9.68 |
|---|---|---|---|---|
| | 17.2. | Checking | TD Bank - Acct # ending 8997 | $595.34 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................                Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
■ No
☐ Yes. Give specific information about them..................
                Name of entity:                                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
                Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.
                Type of account:           Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ....................             Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No

Official Form 106A/B                    Schedule A/B: Property                                    page 4
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

| Debtor 1 | **Brij Jhingen** | | |
|---|---|---|---|
| Debtor 2 | **Shipra Jhingen** | Case number *(if known)* | **8-17-76970** |

☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
     *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
     *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☐ No
■ Yes. Give specific information about them...

| NYC Taxi Medallion #6A64 - Surrendering | $125,000.00 |
|---|---|

**Money or property owed to you?**

Current value of the portion you own? Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
     *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
     *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
     *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| NY Life Insurance Co. - Whole Life | Brij Jhingen | $6,623.05 |
| MetLife - Whole Life | Shipra Jhingen | $477.28 |

32. **Any interest in property that is due you from someone who has died**
     If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
     *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Brij Jhingen** | | |
|---|---|---|---|
| Debtor 2 | **Shipra Jhingen** | Case number *(if known)* | **8-17-76970** |

☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................... | **$132,730.35**

---

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

---

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

---

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$0.00**

---

**Part 8:**   List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ..................................................................................................... | | **$650,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | $9,193.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $3,400.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $132,730.35 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $145,323.35 | Copy personal property total | $145,323.35 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $795,323.35 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Brij Jhingen** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Shipra Jhingen** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number   **8-17-76970**
(if known)

■ Check if this is an amended filing

## Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims against you?

☐ No. Go to Part 2.

■ Yes.

2.  List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **NYS Dept of Tax & Finance** | Last 4 digits of account number  **Jhingen** | **$7,156.59** | **$7,156.59** | **$0.00** |
| | Priority Creditor's Name | | | | |
| | **Bankruptcy Unit-TCD** | When was the debt incurred?   **2016 & 2017** | | | |
| | **Bldg 8, Room 455** | | | | |
| | **W.A. Harriman State Campu** | | | | |
| | **Albany, NY 12227** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify
            **State Tax for Yellow Cab**

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1   Brij Jhingen
Debtor 2   Shipra Jhingen

Case number (if know)   8-17-76970

| 4.1 | **Allstate Ins** | Last 4 digits of account number | 6842 | $356.94 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o CCS USA**
**Two Wells Avenue**
**Newton Center, MA 02459**
Number Street City State Zip Code

When was the debt incurred?   2015

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Insurance

| 4.2 | **Ally Financial** | Last 4 digits of account number | 9121 | $47,164.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 380903**
**Minneapolis, MN 55438**
Number Street City State Zip Code

When was the debt incurred?   2013

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Possible Deficiency - '14 Cadillac Escalade**

| 4.3 | **Ally Financial** | Last 4 digits of account number | 8174 | $15,830.75 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Northstar Loca Srvcs**
**4285 Genesee Street**
**Buffalo, NY 14225**
Number Street City State Zip Code

When was the debt incurred?   2013

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Possible Deficiency - '13 Cadillac Escalade**

Debtor 1   Brij Jhingen
Debtor 2   Shipra Jhingen                                    Case number (if know)   8-17-76970

| 4.4 | **Ally Financial** | Last 4 digits of account number | Jhingen | $56,933.00 |

Nonpriority Creditor's Name
**PO Box 380901**
**Minneapolis, MN 55438**
Number Street City State Zip Code

When was the debt incurred?   **2014**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Possible Deficiency - '14 Cadillac XTS**
                  **Possible Mechanics Lien**

| 4.5 | **American Express** | Last 4 digits of account number | 1008 | $1,198.86 |

Nonpriority Creditor's Name
**PO Box 981535**
**El Paso, TX 79998**
Number Street City State Zip Code

When was the debt incurred?   **2005**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Credit Card - Business**

| 4.6 | **American Express** | Last 4 digits of account number | 4008 | $345.67 |

Nonpriority Creditor's Name
**c/o Becket & Lee LLP**
**PO Box 3001**
**Malvern, PA 19355**
Number Street City State Zip Code

When was the debt incurred?   **2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Credit Card**

Debtor 1   Brij Jhingen

Debtor 2   Shipra Jhingen                                     Case number (if know)   **8-17-76970**

---

**4.7**   **BJ's Perks MC/Comenity**         Last 4 digits of account number   **0016**                **$1,229.89**

Nonpriority Creditor's Name

**PO Box 182120**

**Columbus, OH 43218**             When was the debt incurred?   **2013**

Number Street City State Zip Code

Who incurred the debt? Check one.         As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☑ Debtor 2 only                       ☐ Contingent
- ☐ Debtor 1 and Debtor 2 only         ☐ Unliquidated
- ☐ At least one of the debtors and another    ☑ Disputed
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

**4.8**   **CareCredit/Synchrony**         Last 4 digits of account number   **4330**                **$1,401.14**

Nonpriority Creditor's Name

**PO Box 965035**

**Orlando, FL 32896**            When was the debt incurred?   **2013**

Number Street City State Zip Code

Who incurred the debt? Check one.         As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only                       ☐ Contingent
- ☐ Debtor 1 and Debtor 2 only         ☐ Unliquidated
- ☐ At least one of the debtors and another    ☑ Disputed
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

**4.9**   **Chase Card**                      Last 4 digits of account number   **4623,6610,3 037**         **$7,520.31**

Nonpriority Creditor's Name

**201 N. Walnut St**

**DE11027**

**Wilmington, DE 19801**        When was the debt incurred?   **2006**

Number Street City State Zip Code

Who incurred the debt? Check one.         As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☑ Debtor 2 only                       ☐ Contingent
- ☐ Debtor 1 and Debtor 2 only         ☐ Unliquidated
- ☐ At least one of the debtors and another    ☑ Disputed
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Cards**

---

Debtor 1   Brij Jhingen
Debtor 2   Shipra Jhingen

Case number (if know)   **8-17-76970**

| 4.1 0 | **Dept of Ed/Nelnet** | Last 4 digits of account number | 1745 | $30,285.00 |

Nonpriority Creditor's Name
**121 S 13th Street**
**Lincoln, NE 68508**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?   **2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify

**Student Loans for daughter**
**$2601, $1042, $901, $5540, $9312, $3493,**
**$7396**

| 4.1 1 | **First Insurance Funding** | Last 4 digits of account number | 4895 | $5,353.43 |

Nonpriority Creditor's Name
**c/o SLA Collection**
**490 Skokie Blvd**
**Ste 1000**
**Northbrook, IL 60062-7917**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?   **2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Ins Premium**

| 4.1 2 | **JC Penney** | Last 4 digits of account number | 8971 | $552.57 |

Nonpriority Creditor's Name
**PO Box 965008**
**Orlando, FL 32896**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?   **2006**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

Debtor 1    Brij Jhingen
Debtor 2    Shipra Jhingen                                                    Case number (if know)    8-17-76970

---

| 4.1<br>3 | **Macy's** | Last 4 digits of account number    Jhingen | $1,063.70 |

Nonpriority Creditor's Name
911 Duke Blvd
Mason, OH 45040
Number Street City State Zip Code

When was the debt incurred?    2005

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit Card**

---

| 4.1<br>4 | **Mercedes Benz Financial** | Last 4 digits of account number    0001 | $34,785.00 |

Nonpriority Creditor's Name
c/o SRA Assoc.
Dept 1607, PO Box 4115
Concord, CA 94524
Number Street City State Zip Code

When was the debt incurred?    2013

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Possible Deficiency - '12 Mercedes Benz S550**

---

| 4.1<br>5 | **NRAD Medical** | Last 4 digits of account number    Jhingen | $101.00 |

Nonpriority Creditor's Name
c/o Online Info Services
PO Box 1489
Winterville, NC 28590
Number Street City State Zip Code

When was the debt incurred?    2015

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Medical Bill**

---

Debtor 1    Brij Jhingen

Debtor 2    Shipra Jhingen

Case number (if know)    8-17-76970

| 4.1 6 | NYC Human Resources Admin | Last 4 digits of account number    6605 | $129,626.03 |
|---|---|---|---|

Nonpriority Creditor's Name

250 Church Street
New York, NY 10013

Number Street City State Zip Code

When was the debt incurred?    2007

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Medicaid

---

| 4.1 7 | PC Richard & Son/Synchron | Last 4 digits of account number    2446 | $4,671.81 |
|---|---|---|---|

Nonpriority Creditor's Name

PO Box 965033
Orlando, FL 32896

Number Street City State Zip Code

When was the debt incurred?    2007

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Credit Card

---

| 4.1 8 | PTRC Inc. | Last 4 digits of account number    3117 | $1,828.28 |
|---|---|---|---|

Nonpriority Creditor's Name

c/o Stern and Stern
3002 Merrick Road
Bellmore, NY 11710

Number Street City State Zip Code

When was the debt incurred?    8/18/2017

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Unsec Judgment

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1   **Brij Jhingen**
Debtor 2   **Shipra Jhingen**                                    Case number (if know)    **8-17-76970**

---

| 4.1 9 | **Sleepy's/Synchrony Bank** | Last 4 digits of account number    **1829** | **$1,164.79** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 965035**
**Orlando, FL 32896**                              When was the debt incurred?    **2006**
Number Street City State Zip Code
Who incurred the debt? Check one.                  As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                    ☐ Contingent
■ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ■ Disputed
☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community           ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **Credit Card**

---

| 4.2 0 | **TBF Financial/12 Cit Tech** | Last 4 digits of account number    **4417** | **$6,174.48** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Maidenbaum & Assoc.,**
**One Broadcast Plaza**                            When was the debt incurred?    **2016**
**Ste 218**
**Merrick, NY 11566**
Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                       ■ Disputed
☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community           ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **S&C**

---

| 4.2 1 | **TD Bank/Target** | Last 4 digits of account number    **9680** | **$1,180.35** |
|---|---|---|---|

Nonpriority Creditor's Name
**3701 Wayzata Blvd**
**Minneapolis, MN 55416**                          When was the debt incurred?    **2008**
Number Street City State Zip Code
Who incurred the debt? Check one.                  As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                    ☐ Contingent
■ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ■ Disputed
☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community           ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **Credit Card**

---

Debtor 1    Brij Jhingen
Debtor 2    Shipra Jhingen

Case number (if known)    8-17-76970

| 4.2 2 | US Dept of Education | Last 4 digits of account number | 5416 | $5,478.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
2505 S. Finley Road
Lombard, IL 60148
Number Street City State Zip Code

When was the debt incurred?    2014

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

Student Loan

| 4.2 3 | Verizon | Last 4 digits of account number | 0001 | $1,420.08 |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO Box 26055
Minneapolis, MN 55426
Number Street City State Zip Code

When was the debt incurred?    2017

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Services

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

## Part 4:    Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 7,156.59 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ | 7,156.59 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ | 35,763.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |

Debtor 1   **Brij Jhingen**
Debtor 2   **Shipra Jhingen**

Case number (if know)   **8-17-76970**

| | | | | |
|---|---|---|---|---|
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 319,902.08 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 355,665.08 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

Case No. 8-17-76970-REG
Chapter 7

In Re:

### BRIJ AND SHIPRA JHINGEN

Debtors.

## CHAPTER 7 AMENDED SCHEDULES

### LESTER & ASSOCIATES, P.C.
**Attorney(s) for Debtor(s)**
**600 OLD COUNTRY ROAD**
**SUITE 229**
**GARDEN CITY, NY 11530**
**(516) 357-9191**

To
Attorney(s) for

Service of a copy of the within

is hereby

admitted.
Dated,

Attorney(s) for

Sir: Please take notice
NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on                     20
NOTICE OF SETTLEMENT
that an order
            of which the within is a true copy will be presented for settlement to the HON.
one of the judges of the within named Court, at                     on the                  day of                  20
at                                          Dated,